UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 5:21-cv-00558-SB-SP | Date: | March 7, 2022 |

| Title: | *Michael Runyon v. Hogan Personnel LLC et al.* |

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |

| Jennifer Graciano | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

Defendant Hogan Personnel LLC removed this case based on diversity jurisdiction in March 2021. In its notice of removal, Defendant claimed to be a Missouri citizen, applying the citizenship test for corporations. Dkt. No. 1. It appears, however, that Defendant may be a limited liability company and not a corporation. The citizenship of a limited liability company is determined by the citizenship of each of its members, not by its principal place of business or state of incorporation. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Federal courts are courts of limited jurisdiction, having subject matter jurisdiction only over matters authorized by the Constitution and Congress. *See, e.g.*, *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). This Court has a duty to assess whether federal subject matter jurisdiction exists and may consider the issue *sua sponte* at any stage of the proceedings. *See Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires

a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

Accordingly, the Court must assure itself of its jurisdiction before addressing the merits of the pending summary judgment motion.  Defendant Hogan Personnel LLC is therefore **ORDERED** to show cause, in writing, by no later than **March 9, 2022**, why the Court has jurisdiction over this case by demonstrating complete diversity of citizenship between the parties.  This showing must include the identify and citizenship of each member of Defendant.

**IT IS SO ORDERED**.