JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RUNYON,<br><br>         Plaintiff,<br><br>v.<br><br>HOGAN PERSONNEL, LLC and<br>TONY FRANK,<br><br>         Defendants. | Case No. 5:21-cv-00558-SB-SP<br><br>**FINAL JUDGMENT** |

   For the reasons set forth in the separate order granting Defendant Hogan Personnel, LLC's motion for summary judgment entered this day, it is

   ORDERED AND ADJUDGED that Plaintiff Michael Runyon shall take nothing on his claims against Defendant Hogan Personnel, LLC, and Plaintiff's claims against Defendant Hogan Personnel, LLC are **DISMISSED** on the merits with prejudice.  It is further

   ORDERED AND ADJUDGED that Plaintiff's claim against Defendant Tony Frank is **DISMISSED** without prejudice for lack of prosecution.

   This is a Final Judgment.

Dated:  March 14, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1